# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131972

DONALD L. SCOTT,
      Plaintiff-Appellee,
and

BLUE CROSS BLUE SHIELD OF
MICHIGAN,
      Intervening Plaintiff,
v

SECURA INSURANCE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131972
COA: 266944
Kent CC: 03-006112-NF

On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120